HONORABLE RICHARD A. JONES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARLEEN KAY CONYERS,

        Plaintiff,

    v.

CAROLYN W. COLVIN, in her capacity
as Acting Commissioner of the Social
Security Administration,

        Defendant.

CASE NO. C14-507RAJ

ORDER

15

16

17

18

19

20

21

22

23

24

25

26

      This matter comes before the court on the Report and Recommendation ("R&R")
(Dkt. # 18) of the Honorable John L. Weinberg, United States Magistrate Judge, along
with Plaintiff Darleen Kay Conyers's objection (Dkt. # 23) to the R&R.  The court has
considered the R&R, the objection, the Commissioner's response to the objection and
Ms. Chapman's reply, the briefs the parties submitted to Judge Weinberg, and the
Administrative Record ("AR").

      The court adopts the R&R, which explains why the administrative law judge
("ALJ") had a sufficient basis to determine that Ms. Conyers did not have a disability
between her onset date in October 2008 and her date last insured at the conclusion of
2008.  Ms. Conyers's objection does not persuade the court that the R&R is incorrectly
decided.  The court has reviewed the additional medical records that Ms. Conyers made
part of the record, and concludes that they are either not germane to the period of time the

27

28

ORDER – 1

ALJ considered or that they provide additional support for the ALJ's ruling.  For that reason, the court overrules Ms. Conyers's objection.

For these reasons and the reasons stated in the R&R, the court DENIES Ms. Conyers's objection and ADOPTS the R&R.  The court AFFIRMS the Commissioner's final decision.  The clerk shall enter judgment for the Commissioner and shall ensure that Judge Weinberg receives notice of this order.

DATED this 11th day of March, 2015.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2